AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jordan Krumenacker, individually and on behalf of all others similarly situated, *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) )  Civil Action No. 4:21-cv-838-YGR |
| Robinhood Financial, LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., and Charles Schwab & Co., Inc. *Defendant(s)* | ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment A.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: February 3, 2021

*Cynthia G. Lenahan*

*Signature of Clerk or Deputy Clerk*

<u>Attachment A:</u>

ROBINHOOD FINANCIAL, LLC
85 Willow Road
Menlo Park, CA 94025

ROBINHOOD SECURITIES, LLC
85 Willow Road
Menlo Park, CA 94025

ROBINHOOD MARKETS, INC.
85 Willow Road
Menlo Park, CA 94025

CHARLES SCHWAB & CO., INC.
211 Main Street
San Francisco, CA 94105