| Attorney or Party without Attorney:<br>L. TIMOTHY FISHER (#SBN 191626)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>  Telephone No: 925-300-4455<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the NORTHERN DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: JORDAN KRUMENACKER, individually and on behalf of all others similarly situated<br>Defendant: ROBINHOOD FINANCIAL, LLC, a Delaware LLC; et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:21-cv-00838-YGR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; NOTICE OF ELIGIBILITY FOR VIDEO RECORDING; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; STANDING ORDER FOR ALL JUDGES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER IN CIVIL CASES; WAIVER OF THE SERVICE OF SUMMONS

3. a. Party served:      CHARLES SCHWAB & CO., INC.
   b. Person served:    JESSIE GASTELUM, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    818 W 7th St, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 04 2021 (2) at: 10:10 AM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)                d. **The Fee** for Service was: $188.80
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

02/04/2021
(Date)                                                (Signature)



PROOF OF SERVICE                                              5321776
                                                              (7779878)