**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax: (415) 393-8306
BLutz@gibsondunn.com

*Counsel for Defendant Charles Schwab & Co., Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JORDAN KRUMENACKER,<br><br>              Plaintiff,<br><br>    v.<br><br>ROBINHOOD FINANCIAL, LLC; ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC.; CHARLES SCHWAB & CO., INC.<br><br>              Defendants. | Case No. 4:21-cv-00838-YGR<br><br>**NOTICE OF APPEARANCE FOR BRIAN M. LUTZ**<br><br>Dept.: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brian M. Lutz of Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, CA, 94105, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel in the above-referenced matter on behalf of Defendant Charles Schwab & Co., Inc.

Dated:  February 24, 2021

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

/s/ Brian M. Lutz

Brian M. Lutz, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8379
Fax: (415) 393-8306
BLutz@gibsondunn.com

*Counsel for Defendant Charles Schwab & Co., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  February 24, 2021

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

/s/ Brian M. Lutz

Brian M. Lutz, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8379
Fax: (415) 393-8306
BLutz@gibsondunn.com

*Counsel for Defendant Charles Schwab & Co., Inc.*