**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax: (415) 393-8306
BLutz@gibsondunn.com

*Counsel for Defendant Charles Schwab & Co., Inc.*

**BURSOR & FISHER, P.A.**
L. TIMOTHY FISHER, SBN 191626
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Phone: (925) 300-4455
Fax: (925) 407-2700
ltfisher@bursor.com

ANDREW J. OBERGFELL (*pro hac vice* application forthcoming)
888 Seventh Avenue
New York, NY 10019
Phone: (646) 837-7150
Fax: (212) 989-9163
aobergfell@bursor.com

*Counsel for Plaintiff Jordan Krumenacker*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JORDAN KRUMENACKER,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBINHOOD FINANCIAL, LLC; ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC.; CHARLES SCHWAB & CO., INC.<br><br>  Defendants. | Case No. 4:21-cv-00838-YGR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CHARLES SCHWAB & CO., INC. TO RESPOND TO COMPLAINT**<br><br>Dept.: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-12, Plaintiff Jordan Krumenacker ("Plaintiff") and Defendant Charles Schwab & Co., Inc. ("Defendant"), by and through undersigned counsel, hereby submit to the Court this joint stipulation to extend the time for Defendant to respond to Plaintiff's Complaint until May 5, 2021:

1. WHEREAS Plaintiff filed a Complaint in this action on February 2, 2021;

2. WHEREAS the current deadline for Defendant's response to the Complaint is February 25, 2021, *see* Dkt. 9;

3. WHEREAS a Motion for Transfer under 28 U.S.C. § 1407 was filed with the United States Judicial Panel on Multidistrict Litigation ("JPML") on February 5, 2021, seeking transfer of multiple actions, including this action, to a single district for consolidated pretrial proceedings, *see* Ex. A;

4. WHEREAS the JPML has ordered that responses to the aforementioned Motion for Transfer be filed by March 1, 2021, that replies be filed by March 5, 2021, and that the Motion for Transfer shall be heard at the JPML's hearing on March 25, 2021, *see* Ex. B;

5. WHEREAS the Motion for Transfer, if granted, would transfer the multiple actions at issue, including this action, to a single district for consolidated pretrial proceedings, in which superseding pleadings may be filed;

6. WHEREAS Plaintiff and Defendant agree that there is good cause for an extension, namely, that requiring Defendant to respond to the Complaint before the JPML resolves the Motion for Transfer would result be inefficient, costly, and duplicative for the parties, their counsel, and the Court;

7. WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order"; and

8. WHEREAS, an extension of the deadline to move or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by Court order, and Plaintiff and Defendant agree that no party will be prejudiced by this extension;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 7-12, by and between the undersigned counsel, that:

1. Defendant's deadline to respond to the Complaint shall be extended up to and including

May 5, 2021;

2. If the JPML grants the pending Motion for Transfer, the deadline for Defendant's response shall be set by further order of the transferee court; and

3. If the JPML has not resolved the Motion for Transfer by April 28, 2021, the parties will meet and confer regarding a stipulation for a further extension of time.

Dated: February 24, 2021   Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

/s/ Brian M. Lutz

Brian M. Lutz, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8379
Fax: (415) 393-8306
BLutz@gibsondunn.com

*Counsel for Charles Schwab & Co., Inc.*

**BURSOR & FISHER, P.A.**

Dated: February 24, 2021   */s/ ANDREW J. OBERGFELL
ANDREW J. OBERGFELL (*pro hac vice* forthcoming)
888 Seventh Avenue
New York, NY 10019
Phone: (646) 837-7150
aobergfell@bursor.com

L. TIMOTHY FISHER, SBN 191626
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Phone: (925) 300-4455
ltfisher@bursor.com

*Counsel for Jordan Krumenacker*

* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.