# Exhibit A

# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SHORT SQUEEZE ANTITRUST LITIGATION | MDL Docket No. ____ |

## PLAINTIFFS SHANE CHENG AND TERELL STERLING'S MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiffs Shane Cheng and Terell Sterling (together, the "Plaintiffs") respectfully move this Panel, pursuant to 28 U.S.C. § 1407, for an order transferring to the Northern District of California *Cheng v. Ally Financial Inc. et al.* (Case No. 3:21-cv-00781-SK) and all cases filed involving similar legal claims related to the restriction in trading of securities in or around January 28, 2021 (listed and attached as "Exhibit B"; collectively, the "Short Squeeze Actions"), as well as any later-filled cases that assert similar or related claims, thereby centralizing all such cases for coordinated or consolidated pretrial proceedings.

In support of their Motion, Plaintiffs state as follows:

1. The Short Squeeze Actions each allege a conspiracy among some or all brokerages, hedge funds, and clearing houses to manipulate the prices of GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) (collectively, the "Relevant Securities") from one or more of the Defendants between January 1, 2021 through and until the anticompetitive effects of Defendants' unlawful conduct ceases.

2. The Short Squeeze actions will require resolution of overlapping—if not identical—factual and legal issues, including, by way of example and not limitation: (a) the specific types of securities for which Defendants conspired to artificially suppress prices and restrict supply; (b) the

temporal scope of Defendants' conspiracy, the breadth of the conspiracy involving the securities in the cartel's price-fixing scheme, and the concerted and coordinated acts taken by Defendants in furtherance of the conspiracy; (c) the impact of Defendants' conspiracy on the pricing and availability of the Relevant Securities; and (d) the Defendants' pretextual justifications for their anticompetitive actions.

3.       The Short Squeeze Actions are in their early stages. No responsive pleadings or dispositive motions have been filed by any of the Defendants, nor has any discovery been conducted. Centralization of the Short Squeeze Actions at this early stage will allow the transferee court to efficiently resolve the common factual and legal issues, and to address overlapping discovery related to these issues.

4.       Centralization of the Short Squeeze Actions, as well as all later-filed cases alleging a conspiracy among some or all of the Defendants, in the Northern District of California is appropriate and will ensure the just and efficient conduct of these actions for the following reasons:

a.       The *Cheng* Action—filed in the Northern District—was one of the first-filed Short Squeeze Actions filed in the nation. Plaintiffs have been actively managing the litigation from the beginning. Plaintiffs have perfected service with a significant number of Defendants, with many more soon expected to follow. This is significant because Plaintiffs Cheng and Sterling name the most defendants, whom the other Short Squeeze Actions name piecemeal. In addition, Plaintiffs have begun engaging with Defendants' counsel to coordinate next-steps and to determine the most expeditious and efficient resolution of the litigation.

b.       A plurality of Defendants are based in California, and the Northern District is a convenient MDL location that allows the parties to minimize the travel and communication burdens that will undoubtedly arise during prosecution of the Short Squeeze Actions.

c.       Eight of the Defendants have their respective principal places of business either within the Northern District or elsewhere in California. These include Defendants at the core of the conspiracy, including but not limited to Defendants Charles Schwab Corporation; Charles Schwab & Co. Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Alpaca Securities LLC; Square Inc.; FF Trade Republic Growth, LLC; and Sequoia Capital Operations LLC.

      d.      Plaintiffs Cheng and Sterling reside in the Northern District of California. Many of the plaintiffs in the Short Squeeze actions reside in the Northern District of California, and more still reside in California as a whole.

      e.      Many of the agreements with plaintiffs contain a forum selection clause choosing the California and a choice of law provision applying California law to the claims at issue.

      f.      The Northern District has significant experience in handling MDL proceedings in general, and complex antitrust class actions in particular.

5.      Plaintiffs' Motion is based on their Brief in Support of their Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 (Ex. A) and the Schedule of Actions (Ex. B), both of which are concurrently filed with this Motion, as well has any other papers and arguments submitted to the Panel prior to its ruling on this Motion.

      WHEREFORE, Plaintiffs Shane Cheng and Terell Sterling respectfully request that the Panel order that the Short Squeeze Actions, as well as any later-filed cases relating to the unlawful restriction of trading in the Relevant Securities, between January 1, 2021 and present, be transferred.

Dated: February 4, 2021

      By:         */s/ Joseph R. Saveri*
                   Joseph R. Saveri

      Joseph R. Saveri (State Bar No. 130064)
      Steven N. Williams (State Bar No. 175489)
      Christopher K.L. Young (State Bar No. 318371)
      Anupama K. Reddy (State Bar No. 324873)
      **JOSEPH SAVERI LAW FIRM, INC.**
      601 California Street, Suite 1000
      San Francisco, California 94108
      Telephone: (415) 500-6800
      Facsimile: (415) 395-9940
      Email: jsaveri@saverilawfirm.com
             swilliams@saverilawfirm.com
             cyoung@saverilawfirm.com
             areddy@saverilawfirm.com

      *Counsel for Individual and Representative Plaintiffs*
      *Shane Cheng and Terell Sterling*

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION** | **MDL NO. 2989** |

**AMENDED SCHEDULE OF ACTIONS**

      Pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Shane Cheng and Terell Sterling provides the following information on the actions that will be affected by this motion:

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:** <br> Andrew B. Courtney <br><br> **Defendants:** <br> Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Southern District of Florida | Honorable Anuraag H. Singhal | 0:21-cv-60220-AHS | 1/28/2021 |
| **Plaintiff:** <br> Christian A. Dalton, *Individually and on Behalf of All Others Similarly Situated* <br><br> **Defendants:** <br> Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc. | California Northern District | Honorable Kandis A. Westmore (Magistrate) | 4:21-cv-00697-KAW | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Chance Daniels, *individually, and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; Citadel Securities, LLC; Charles Schwab & Co., Inc.; Interactive Brokers, LLC; Open to the Public Investing, Inc.; Webull Financial, LLC | District of Colorado | Honorable Scott T. Varholak (Magistrate) | 1:21-cv-00290-STV | 1/28/2021 |
| **Plaintiff:**<br>Robert Days<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC | California Northern District | Honorable Kandis A. Westmore (Magistrate) | 4:21-cv-00696-KAW | 1/28/2021 |
| **Plaintiff:**<br>Peter Fray, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC Robinhood Markets, Inc.; | Southern District of Florida | Honorable Rodolfo A. Ruiz II | 0:21-cv-60226-RAR | 1/28/2021 |
| **Plaintiff:**<br>Richard Joseph Gatz<br><br>**Defendants:**<br>Robinhood Financial, LLC | Northern District of Illinois | Honorable Robert W. Gettleman | 1:21-cv-00490 | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Hanna Kayali, Mohammed A. Doleh, *individually and on behalf of others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab and Co. Inc.; The Depository Trust Company; The Depository Trust & Clearing Corporation; Does 1-10 | Central District of California | Honorable Michael R. Wilner (Magistrate) | 2:21-cv-00835-VAP-MRW | 1/28/2021 |
| **Plaintiff:**<br>Hanna Kayali, Mohammed A. Doleh<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; Melvin Capital Management, LP; The Depository Trust Company; The Depository Trust & Clearing Corporation; Does 1-10 | Northern District of Illinois | Honorable Matthew F. Kennelly | 1:21-cv-00510 | 1/28/2021 |

3

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Timothy A. Nordeen, Aaron Kolysko<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; The Interactive Brokers Group Inc.; Interactive Brokers Corp.; IBG, LLC; IBG Holdings, LLC; Merrill Lynch, Pierce, Fenner, Smith; Merrill Edge; TD Ameritrade Holding Corp.; Trade Republic; E*Trade Asset Management, Inc.; Firstrade Securities, Inc.; Point72 Asset Management, L.P.; D1 Capital Partner, L.P.; Candlestick Capital Management L.P.; Maplelane Capital, LLC; Citadel, EFT, Inc.; The Charles Schwab Corporation; TD Ameritrade, Inc.; Webull Financial, LLC; E*Trade Financial Corp.; Melvin Capital Management, LP | Southern District of California | Honorable Marilyn L. Huff | 3:21-cv-00167-H-BLM | 1/28/2021 |
| **Plaintiff:**<br>Brian Omahne, *individually and behalf of all those similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC Robinhood Markets, Inc.; | Western District of Pennsylvania | Honorable Stephanie L. Haines | 3:21-cv-00013-SLH | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Austin Schaff, *on behalf of himself and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC | Middle District of Florida | Honorable Christopher Tuite (Magistrate) | 8:21-cv-00216-TPB-CPT | 1/28/2021 |
| **Plaintiff:**<br>David Wieg, *individually and on behalf of other members of the general public simiarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities LLC;<br>Robinhood Markets, Inc. | California Northern District | Honorable Nathanael Cousins (Magistrate) | 5:21-cv-00693-NC | 1/28/2021 |
| **Plaintiff:**<br>Royal Williams, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Webull Financial LLC | Southern District of New York | Honorable Denise L. Cote | 1:21-cv-00799-DLC | 1/28/2021 |
| **Plaintiff:**<br>Zachary Ziegler<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | District of Connecticut | Honorable Vanessa L. Bryant | 3:21-cv-00123-VLB | 1/28/2021 |

5

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Bartosz Zybura<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | District of New Jersey | Honorable James B. Clark III (Magistrate) | 2:21-cv-01348-KM-JBC | 1/28/2021 |
| **Plaintiff:**<br>Steven Baird<br><br>**Defendants:**<br>Robinhood Financial LLC<br>Robinhood Markets Inc.<br>Robinhood Securities LLC | Northern District of Florida | Honorable Martin A. Fitzpatrick (Magistrate) | 4:21-cv-00061-WS-MAF | 1/29/2021 |
| **Plaintiff:**<br>Sagi Cezana, *on behalf of himself and all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities LLC; Robinhood Markets, Inc. | California Northern District | Honorable Sallie Kim (Magistrate) | 3:21-cv-00759-SK | 1/29/2021 |
| **Plaintiff:**<br>Levi Cobos, *an individual and those similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Central District of California | Honorable Charles F. Eick (Magistrate) | 2:21-cv-00843-CBM-E | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Jonathan Diamond, *on behalf of himself and all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; John Does 1-10 | Middle District of Florida | Honorable Daniel C. Irick (Magistrate) | 6:21-cv-00207-WWB-DCI | 1/29/2021 |
| **Plaintiff:**<br>Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, Scott Schiller, *each individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Markets, Inc.; Does 1-100, inclusive | Central District of California | Honorable Charles F. Eick (Magistrate) | 2:21-cv-00837-FMO-E | 1/29/2021 |
| **Plaintiff:**<br>Patryk Krasowski, Nick Parker<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities LCC; Citadel Securities LLC; Citadel Enterprise Americas LLC; *formerly known as* Citadel LLC | California Northern District | Honorable Thomas S. Hixson (Magistrate) | 3:21-cv-00758-TSH | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Marcus Lagmanson, Anthony R Reyes, Brian Belderrain, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial, LLC; TD Ameritrade, Inc.; E*Trade Financial Corp. | Northern District of Illinois | Honorable Robert W. Gettleman | 1:21-cv-00541 | 1/29/2021 |
| **Plaintiff:**<br>Matthew M Lavin<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities, LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management LP | Eastern District of Virginia | Honorable Michael S. Nachmanoff (Magistrate) | 1:21-cv-00115-CMH-MSN | 1/29/2021 |
| **Plaintiff:**<br>Asad Noorzaie<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial, LLC, John Does | District of New Jersey | Honorable Douglas E. Arpert (Magistrate) | 3:21-cv-01361-BRM-DEA | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Taylor Perri, Ryan Heitz, Kevin Sheehan<br><br>**Defendants:**<br>Robinhood Markets, Inc.;<br>Robinhood Securities, LLC;<br>Robinhood Financial LLC | Middle District of Florida | Honorable Julie S. Sneed (Magistrate) | 8:21-cv-00234-MSS-JSS | 1/29/2021 |
| **Plaintiff:**<br>Ryan Zachary Ross, Drew Hunnicutt, Erika Mercado, C. Louis Bunya<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC;<br>Robinhood Markets, Inc.;<br>TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; The Charles Schwab Corporation; Webull Financial LLC | Southern District of Texas | Honorable Keith P. Ellison | 4:21-cv-00292 | 1/29/2021 |
| **Plaintiff:**<br>Austin Schaff, *on behalf of himself and on behalf of all others similarly situated*<br><br>**Defendants:**<br>TD Ameritrade, Inc. | Middle District of Florida | Honorable Julie S. Sneed (Magistrate) | 8:21-cv-00222-WFJ-JSS | 1/29/2021 |
| **Plaintiff:**<br>Marc A. Fresa<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc | District of Connecticut | Honorable Alfred V. Covello | 3:21-cv-00134-AVC | 1/30/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Andrea Juncadella, Patrick Young, Ethan Arellano, Travis Elliott, Jessica Hines, Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, William Urrutia, Omar Alsaedi<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc; Citadel LLC dba Citadel Securities; Point72 Asset Management, L.P. | Southern District of Florida | Honorable Cecilia M. Altonaga | 1:21-cv-20414-CMA | 1/30/2021 |
| **Plaintiff:**<br>Brian Ng, Chetan Patel, Anuj Kapur, Jayesh Shah, Summit Thakral<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc; Does 1-50 | Southern District of Texas | Honorable Kenneth M. Hoyt | 4:21-cv-00311 | 1/30/2021 |
| **Plaintiff:**<br>Brendon Nelson<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc; | Southern District of New York | Honorable Jesse M. Furman | 1:21-cv-00777-JMF | 1/31/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Shane Cheng, Terell Sterling; *individually, and on behalf of others similarly situated*<br><br>**Defendants:**<br>Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; WeBull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | California Northern District | Honorable Sallie Kim (Magistrate) | 3:21-cv-00781-SK | 2/1/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Larry Cherry<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc | Northern District of Illinois | Honorable Matthew F. Kennelly | 1:21-cv-00574 | 2/1/2021 |
| **Plaintiff:**<br>Elvia Curiel-Ruth<br><br>**Defendants:**<br>Robinhood Securities LLC; Robinhood Financial LLC; Robinhood Markets, Inc.; Charles Schwab & Co., Inc.; Charles Schwab Corporation; TD Ameritrade, Inc.; WeBull Financial LLC; E*Trade Financial Corporation; Interactive Brokers LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management LP | California Northern District | Honorable Thomas S. Hixson (Magistrate) | 3:21-cv-00829-TSH | 2/2/2021 |
| **Plaintiff:**<br>Mark Feeney, Jason Fossella<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC;<br>Robinhood Markets, Inc. | California Northern District | Honorable Susan van Keulen (Magistrate) | 5:21-cv-00833-SVK | 2/2/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Jordan Krumenacker, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Charles Schwab & Co., Inc. | California Northern District | Honorable Yvonne Gonzalez Rogers | 4:21-cv-00838-YGR | 2/2/2021 |
| **Plaintiff:**<br>Steven Minnick, Jhanna White, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Eastern District of Pennsylvania | Honorable Mark A. Kearney | 2:21-cv-00489-MAK | 2/2/2021 |
| **Plaintiff:**<br>Damon Muncy, *Individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Financial, LLC; Robinhood Markets, Inc.; Does 1-100 | District of New Jersey | Honorable Mark Falk (Magistrate) | 2:21-cv-01729-CCC-MF | 2/2/2021 |
| **Plaintiff:**<br>Michael D Scalia<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; | Southern District of Florida | Honorable Donald M. Middlebrooks | 9:21-cv-80238-DMM | 2/2/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>James Hiscock, *individually and on behalf of the class described below*<br><br>**Defendants:**<br>TD Ameritrade, Inc | Northern District of Illinois | Honorable John Z. Lee | 1:21-cv-00624 | 2/3/2021 |
| **Plaintiff:**<br>David Moody, Julie Moody, *on behalf of themselves and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities LLC; Citadel Enterprise Americas LLC | California Northern District | Honorable Joseph C. Spero (Magistrate) | 3:21-cv-00861-JCS | 2/3/2021 |

# Exhibit B

## United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: MDL No. 2989

**IN RE: January 2021 Short Squeeze Trading Litigation**
Assigned to: Not Assigned

Date Filed: 02/05/2021
MDL Status: Pending

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2021 | 1 | MOTION TO TRANSFER (INITIAL MOTION) with Brief in Support. –– 41 Action(s) –– from California Central District Court (2:21–cv–00843,2:21–cv–00837,2:21–cv–00835), Colorado District Court (1:21–cv–00290), Connecticut District Court (3:21–cv–00134,3:21–cv–00123), Pennsylvania Eastern District Court (2:21–cv–00489), Virginia Eastern District Court (1:21–cv–00115), Florida Middle District Court (6:21–cv–00207,8:21–cv–00234,8:21–cv–00216,8:21–cv–00222), California Northern District Court (3:21–cv–00759,3:21–cv–00781,3:21–cv–00829,3:21–cv–00758,3:21–cv–00861,4:21–cv–00697, 4:21–cv–00696,4:21–cv–00838,5:21–cv–00833,5:21–cv–00693), New Jersey District Court (2:21–cv–01729,2:21–cv–01348,3:21–cv–01361), Florida Northern District Court (4:21–cv–00061), Illinois Northern District Court (1:21–cv–00574,1:21–cv–00490,1:21–cv–00624,1:21–cv–00510,1:21–cv–00541), California Southern District Court (3:21–cv–00167), Florida Southern District Court (0:21–cv–60220,0:21–cv–60226,1:21–cv–20414,9:21–cv–80238), New York Southern District Court (1:21–cv–00777,1:21–cv–00799), Texas Southern District Court (4:21–cv–00311,4:21–cv–00292), Pennsylvania Western District Court (3:21–cv–00013) – Suggested Transferee Court: NORTHERN DISTRICT OF CALIFORNIA – Filed by: *Plaintiffs SHANE CHENG, TERELL STERLING* (Attachments: # 1 Brief, # 2 Schedule of Actions, # 3 Proof of Service, # 4 Exhibit C–D Baird Complaint and Dkt Sheet, # 5 Exhibit E–F Cezana Complaint and Dkt Sheet, # 6 Exhibit G–H Cherry Complaint and Dkt Sheet, # 7 Exhibit I–J Cobos Complaint and Dkt Sheet, # 8 Exhibit K–L Courtney Complaint and Dkt Sheet, # 9 Exhibit M–N Curiel–Ruth Complaint and Dkt Sheet, # 10 Exhibit O–P Dalton Complaint and Dkt Sheet, # 11 Exhibit Q–R Daniels Complaint and Dkt Sheet, # 12 Exhibit S–T Days Complaint and Dkt Sheet, # 13 Exhibit U–V Diamond Complaint and Dkt Sheet, # 14 Exhibit W–X Feeney Complaint and Dkt Sheet, # 15 Exhibit Y–Z Fray Complaint and Dkt Sheet, # 16 Exhibit AA–BB Fresa Complaint and Dkt Sheet, # 17 Exhibit CC–DD Gatz Complaint and Dkt Sheet, # 18 Exhibit EE–FF Gossett Complaint and Dkt Sheet, # 19 Exhibit GG–HH Hiscock Complaint and Dkt Sheet, # 20 Exhibit II–JJ Juncadella Complaint and Dkt Sheet, # 21 Exhibit K–LL Kayali Complaint and Dkt Sheet (CAND), # 22 Exhibit MM–NN Kayali Complaint and Dkt Sheet (NDIL), # 23 Exhibit OO–PP Krasowski Complaint and Dkt Sheet, # 24 Exhibit QQ–RR Krumenacker Complaint and Dkt Sheet, # 25 Exhibit SS–TT Lagmanson Complaint and Dkt Sheet, # 26 Exhibit UU–VV Lavin Complaint and Dkt Sheet, # 27 Exhibit WW–XX Minnick Complaint and Dkt Sheet, # 28 Exhibit YY–ZZ Moody Complaint and Dkt Sheet, # 29 Exhibit AAA–BBB Muncy Complaint and Dkt Sheet, # 30 Exhibit CCC–DDD Nelson Complaint and Dkt Sheet, # 31 Exhibit EEE–FFF Ng Complaint and Dkt Sheet, # 32 Exhibit GGG–HHH Noorzaie Complaint and Dkt Sheet, # 33 Exhibit III–JJJ Nordeen Complaint and Dkt Sheet, # 34 Exhibit KKK–LLL Omahne Complaint and Dkt Sheet, # 35 Exhibit MMM–NNN Exh.Perri Complaint and Dkt Sheet, # 36 Exhibit OOO–PPP Ross Complaint and Dkt Sheet, # 37 Exhibit QQQ–RRR Scalia Complaint and Dkt Sheet, # 38 Exhibit SSS–TTT Schaff Complaint and Dkt Sheet (1–28–2021), # 39 Exhibit UUU–VVV Schaff Complaint and Dkt Sheet (1–29–2021), # 40 Exhibit WWW–XXX Wieg Complaint and Dkt Sheet, # 41 Exhibit YYY–ZZZ Williams Complaint and Dkt Sheet, # 42 Exhibit AAAA–BBBB Ziegler Complaint and Dkt Sheet, # 43 Exhibit CCCC–DDDD Zybura Complaint and Dkt Sheet)(Saveri, Joseph) Modified on 2/11/2021 (SM). ADDED PARTY TYPE (Entered: 02/05/2021) |
| 02/08/2021 | 2 | MOTION TO TRANSFER (CORRECTED) –– *(re: pldg. 1 )* Correcting the following items: **Schedule of Actions, Proof of service, Docket Sheets & Complaints,** –– Filed by: *Plaintiffs Shane Cheng and Terell Sterling* (Attachments: # 1 Proof of Service, # 2 Exhibit A – CAC 3:21–00781, # 3 Exhibit B – CAS 3:21–00167)(Saveri, Joseph) (Entered: 02/08/2021) |
| 02/09/2021 | 3 | MDL Number 2989 Assigned –– MOTION FOR TRANSFER ACCEPTED FOR FILING re: pldg. ( 1 in Pending No. 5) Associated Cases: Pending No. 5, CAC/2:21–cv–00835, CAC/2:21–cv–00837, CAC/2:21–cv–00843, CAN/3:21–cv–00759, CAN/3:21–cv–00781, CAN/3:21–cv–00829, CAN/3:21–cv–00861, CAN/4:21–cv–00696, CAN/4:21–cv–00697, CAN/4:21–cv–00758, CAN/4:21–cv–00838, CAN/5:21–cv–00693, CAN/5:21–cv–00833, CAS/3:21–cv–00167, CO/1:21–cv–00290, CT/3:21–cv–00123, CT/3:21–cv–00134, |

| | | |
|---|---|---|
| | | FLM/6:21–cv–00207, FLM/8:21–cv–00216, FLM/8:21–cv–00222, FLM/8:21–cv–00234, FLN/4:21–cv–00061, FLS/0:21–cv–60220, FLS/0:21–cv–60226, FLS/1:21–cv–20414, FLS/9:21–cv–80238, ILN/1:21–cv–00490, ILN/1:21–cv–00510, ILN/1:21–cv–00541, ILN/1:21–cv–00574, ILN/1:21–cv–00624, NJ/2:21–cv–01348, NJ/2:21–cv–01729, NJ/3:21–cv–01361, NYS/1:21–cv–00777, NYS/1:21–cv–00799, PAE/2:21–cv–00489, PAW/3:21–cv–00013, TXS/4:21–cv–00292, TXS/4:21–cv–00311, VAE/1:21–cv–00115 (SM) (Entered: 02/09/2021) |
| 02/09/2021 | 4 | ***TEXT ONLY NOTICE*** |
| | | NOTICE OF FILING AND PUBLICATION OF ACCELERATED BRIEFING SCHEDULE re: pldg. ( 1 in MDL No. 2989) |
| | | THIS MATTER WILL BE HEARD AT THE PANEL'S MARCH 25, 2021 HEARING SESSION. PURSUANT TO RULE 6.1(e), AN ACCELERATED BRIEFING SCHEDULE IS SET AS FOLLOWS: |
| | | Notices of Appearance due on or before 2/23/2021. Corporate Disclosure Statements due on or before 2/23/2021. |
| | | Responses due on or before 3/1/2021. Reply, if any, due on or before 3/5/2021. |
| | | No extensions of time will be granted to any absent extraordinary circumstances. |
| | | **In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).** |
| | | Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. **Important**: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL. |
| | | Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information. |
| | | Signed by Clerk of the Panel John W. Nichols on 2/9/2021. |
| | | Associated Cases: MDL No. 2989, CAC/2:21–cv–00835, CAC/2:21–cv–00837, CAC/2:21–cv–00843, CAN/3:21–cv–00759, CAN/3:21–cv–00781, CAN/3:21–cv–00829, CAN/3:21–cv–00861, CAN/4:21–cv–00696, CAN/4:21–cv–00697, CAN/4:21–cv–00758, CAN/4:21–cv–00838, CAN/5:21–cv–00693, CAN/5:21–cv–00833, CAS/3:21–cv–00167, CO/1:21–cv–00290, CT/3:21–cv–00123, CT/3:21–cv–00134, FLM/6:21–cv–00207, FLM/8:21–cv–00216, FLM/8:21–cv–00222, FLM/8:21–cv–00234, FLN/4:21–cv–00061, FLS/0:21–cv–60220, FLS/0:21–cv–60226, FLS/1:21–cv–20414, FLS/9:21–cv–80238, ILN/1:21–cv–00490, ILN/1:21–cv–00510, ILN/1:21–cv–00541, ILN/1:21–cv–00574, ILN/1:21–cv–00624, NJ/2:21–cv–01348, NJ/2:21–cv–01729, NJ/3:21–cv–01361, NYS/1:21–cv–00777, NYS/1:21–cv–00799, PAE/2:21–cv–00489, PAW/3:21–cv–00013, TXS/4:21–cv–00292, TXS/4:21–cv–00311, VAE/1:21–cv–00115 (dld) (Entered: 02/09/2021) |
| 02/09/2021 | 5 | NOTICE OF APPEARANCE re: pldg.( 2 in MDL No. 2989), ( 1 in MDL No. 2989) Filed by Jeffrey A Koncius on behalf of Plaintiff Christian A. Dalton (Attachments: # 1 Proof of Service) Associated Cases: MDL No. 2989, CAN/4:21–cv–00697 (Koncius, Jeffrey) (Entered: 02/09/2021) |
| 02/09/2021 | 6 | MOTION TO TRANSFER (CORRECTED) –– *(re: pldg. 1 , 2 )* Correcting the following items: **Schedule of Actions, Proof of service,** –– Filed by: *Plaintiffs Shane Cheng and Terell Sterling* (Attachments: # 1 Proof of Service)(Saveri, Joseph) (Entered: 02/09/2021) |
| 02/10/2021 | 7 | NOTICE OF APPEARANCE re: pldg.( 1 in MDL No. 2989) Filed by Jeffrey A Klafter on behalf of Plaintiff PATRYK KRASOWSKI Associated Cases: MDL No. 2989, CAN/4:21–cv–00758 (Klafter, Jeffrey) (Entered: 02/10/2021) |
| 02/12/2021 | 8 | NOTICE OF RELATED ACTION –– 1 Action(s) –– Filed by attorney Frank R. Schirripa, Counsel for: Plaintiffs Dan Dechirico, Angel Guzman, and Joshua Palmer –– New York Eastern District Court (1:21–cv–00677) (Attachments: # 1 Schedule of Actions, # 2 Proof of Service, # 3 Complaint EDNY 1:21–00677) (Schirripa, Frank) (Entered: 02/12/2021) |