1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
3  235 Montgomery Street, 17th Floor
   San Francisco, California 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  Email: emonekanderson@fbm.com
   Email: bwisoff@fbm.com
6
7  Antony L. Ryan (*pro hac vice* application forthcoming)
   Kevin J. Orsini (*pro hac vice* application forthcoming)
8  Brittany L. Sukiennik (*pro hac vice* application forthcoming)
   **Cravath, Swaine & Moore LLP**
9  New York, NY 10019
   Telephone: (212) 474-1000
10 Facsimile: (212) 474-3700
   Email: aryan@cravath.com
11 Email: korsini@cravath.com
   Email: bsukiennik@cravath.com
12
13 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
14 LLC, Robinhood Markets, Inc.

15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| JORDAN KRUMENACKER, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-00838-LB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC.; CHARLES SCHWAB & CO., INC., | |
| Defendants. | |

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address, telephone number and email are as follows:

> C. Brandon Wisoff (State Bar No. 121930)
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, California 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480
> bwisoff@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated:  March 9, 2021                    FARELLA BRAUN + MARTEL LLP

                                         By: /s/ C. Brandon Wisoff
                                             C. Brandon Wisoff

                                         Attorneys for Defendants
                                         ROBINHOOD FINANCIAL LLC, et al.

39900\13983042.1