| | |
|---|---|
| 1 | C. Brandon Wisoff (State Bar No. 121930) |
| | Eric D. Monek Anderson (State Bar No. 320934) |
| 2 | **Farella Braun + Martel LLP** |
| 3 | 235 Montgomery Street, 17th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone:  (415) 954-4400 |
| | Facsimile:   (415) 954-4480 |
| 5 | Email:   emonekanderson@fbm.com |
| | Email:   bwisoff@fbm.com |
| 6 | |
| 7 | Antony L. Ryan (*pro hac vice* application forthcoming) |
| | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| 8 | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
| | **Cravath, Swaine & Moore LLP** |
| 9 | New York, NY 10019 |
| | Telephone:  (212) 474-1000 |
| 10 | Facsimile:   (212) 474-3700 |
| | Email:   aryan@cravath.com |
| 11 | Email:   korsini@cravath.com |
| | Email:   bsukiennik@cravath.com |
| 12 | |
| 13 | Attorneys for Defendants Robinhood |
| | Financial LLC, Robinhood Securities, |
| 14 | LLC, Robinhood Markets, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JORDAN KRUMENACKER, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-00838-LB |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC.; CHARLES SCHWAB & CO., INC., | |
| Defendants. | |

*NOTICE OF APPEARANCE*
Case No. 3:21-cv-00838-LB

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Eric D. Monek Anderson, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address, telephone number and email are as follows:

> Eric D. Monek Anderson (State Bar No. 320934)
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, California 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480
> emonekanderson@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated:  March 9, 2021                FARELLA BRAUN + MARTEL LLP

By: _____
Eric D. Monek Anderson

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.

39900\13983064.1

*NOTICE OF APPEARANCE*
Case No. 3:21-cv-00838-LB