C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  emonekanderson@fbm.com
Email:  bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:   (212) 474-3700
Email:  aryan@cravath.com
Email:  korsini@cravath.com
Email:  bsukiennik@cravath.com

Attorneys for Defendants Robinhood
Financial LLC, Robinhood Securities,
LLC, Robinhood Markets, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JORDAN KRUMENACKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC.; CHARLES SCHWAB & CO., INC.,<br><br>Defendants. | Case No.: 3:21-cv-00838-LB<br><br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

1  Plaintiff Jordan Krumenacker ("Plaintiff") and the undersigned Defendants (together with
2  Plaintiff, the "Parties"), hereby stipulate and agree as follows:

3  WHEREAS, Plaintiff filed a Complaint on February 2, 2021 (Dkt. No. 1);

4  WHEREAS, Defendants' deadline to move or otherwise respond to the Complaint is
5  currently April 5, 2021;

6  WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-
7  cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California
8  Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with
9  the Judicial Panel on Multidistrict Litigation ("Panel"), and included this action on the schedule of
10  actions requested to be centralized;

11  WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January*
12  *2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing
13  schedule;

14  WHEREAS, on March 1, 2021, Plaintiff filed a response to the Motion, agreeing
15  that the cases should be centralized into one multidistrict litigation;

16  WHEREAS, a hearing on the Motion is scheduled for March 25, 2021;

17  WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;

18  WHEREAS, this is the first extension that has been requested and the Parties have not
19  obtained any previous extensions;

20  WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court
21  order, to extend the time within which to answer or otherwise respond to the complaint" so long as
22  "the change will not alter the date of any event or any deadline already fixed by Court order";

23  WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or
24  otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted,
25  until the date by which the transferee judge orders Defendants to move or otherwise respond to the
26  Complaint, whichever is later;

27  WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and
28  challenges to jurisdiction; and

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00838-LB

1    WHEREAS, such a stipulated extension would be without prejudice to Plaintiff.

2    NOW THEREFORE, the Parties stipulate that:

3    1.  Defendants' deadline to move or otherwise respond to the operative Complaint shall

4        be extended to April 30, 2021, or, if the transfer motion is granted, until the date by

5        which the transferee judge orders Defendants to move or otherwise respond to the

6        Complaint, whichever is later.

7    2.  The Parties may stipulate to a further extension of time to move or otherwise respond

8        to the operative Complaint in this action.

9    3.  Nothing herein shall prevent Defendants from moving for additional time to move or

10       otherwise respond to the operative Complaint.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00838-LB

1    Dated: March 9, 2021            By:  */s/ C. Brandon Wisoff*

2

3                                 C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)

4                                 **Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor

5                                 San Francisco, California 94104
Telephone:   (415) 954-4400

6                                 Facsimile:   (415) 954-4480
Email:   bwisoff@fbm.com

7                                 Email:   emonekanderson@fbm.com

8                                 Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)

9                                 Brittany L. Sukiennik (*pro hac vice* application
forthcoming)

10                               **Cravath, Swaine & Moore LLP**
New York, NY 10019

11                               Telephone:  (212) 474-1000

12                               Facsimile:   (212) 474-3700
Email:   aryan@cravath.com

13                               Email:   korsini@cravath.com
Email:   bsukiennik@cravath.com

14

15                               *Counsel for Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*

16

17    Dated: March 9, 2021            By:  */s/ Andrew J. Obergfell*

18

19                                 Andrew J. Obergfell (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**

20                               888 Seventh Avenue
New York, NY 10019

21                               Phone: (646) 837-7150
aobergfell@bursor.com

22

23                               L. TIMOTHY FISHER, SBN 191626
1990 North California Boulevard, Suite 940

24                               Walnut Creek, CA 94596
Phone: (925) 300-4455

25                               ltfisher@bursor.com
*Counsel for Jordan Krumenacker*

26

27

28

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00838-LB

1

**ATTESTATION**

2

    I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to

3

file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in

4

this document was obtained from the above signatories.

5

Dated:  March 9, 2021              FARELLA BRAUN + MARTEL LLP

6

7

                  By:   */s/ C. Brandon Wisoff*
                            C. Brandon Wisoff

8

9

*Counsel for Robinhood Financial LLC,*
*Robinhood Securities, LLC and Robinhood*
*Markets, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00838-LB